IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.O.H.C., on his own behalf, and on behalf of M.S.H.S., his minor daughter, as her next friend,<br><br>*Petitioners*,<br><br>v.<br><br>**WILLIAM BARR, in his official capacity as the Attorney General of the United States, et al.**,<br><br>*Respondents*. | Case No. 5:19-cv-06144-JDW |

## ORDER

**AND NOW**, this 22nd day of January, 2020, upon consideration of Petitioners' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 5), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.